No. 71–624.  THOMPSON *v.* THOMPSON.  Appeal from Super. Ct. Pa.  Motion of appellee for leave to proceed *in forma pauperis* granted.  Appeal dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–5773.  FAIR *v.* WIGGINS.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–932.  WOODS ET AL. *v.* SOCIETY FOR THE PROPAGATION OF THE FAITH OF THE ARCHDIOCESE OF NEW ORLEANS, INC., ET AL.  Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 70–291.  OSMOND ET AL. *v.* SPENCE ET AL.  Appeal from D. C. Del.  Motion to dispense with printing jurisdictional statement granted.  Judgment vacated and case remanded for further consideration in light of *Swarb* v. *Lennox, ante,* p. 191, and *D. H. Overmyer Co., Inc., of Ohio* v. *Frick Co., ante,* p. 174.  Order of June 21, 1971, entered by MR. JUSTICE BRENNAN, as modified by his order of August 20, 1971, shall continue in effect unless and until superseded by order of District Court.

No. 71–5262.  CARPENTER ET AL. *v.* STERRETT, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE OF INDIANA, ET AL.  Appeal from D. C. N. D. Ind.  Motion for leave to proceed *in forma pauperis* granted.  Judgment vacated and case remanded for further consideration in light of *Townsend* v. *Swank* and *Alexander* v. *Swank,* 404 U. S. 282.